```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19429
   MARCO A NIETO
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-1611


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/19/07 and confirmed on 02/15/08.

   2.  The case was dismissed after confirmation, 07/17/2008.

   3.  The Debtor paid a total of $   1694.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG        .00          .00           .00
LITTON LOAN SERVICING IN MORTGAGE ARRE        .00          .00           .00
CITY OF AURORA           SECURED            96.53          .00         96.53
COMMUNITY HOME FINANCIAL SECURED          8468.17          .00        705.70
FOX METRO WATER RECLAMAT SECURED            48.12          .00         48.12
UNITED CONSUMER FINANCIA UNSECURED         982.76          .00         21.68
ILLINOIS DEPARTMENT OF H CHILD SUPPORT NOT FILED           .00           .00
STATE DISBURSEMENT UNIT  CHILD SUPPORT NOT FILED           .00           .00
AMERICAN FAMILY INSURANC UNSECURED     NOT FILED           .00           .00
ASSOCIATED PATHOLOGISTS  UNSECURED     NOT FILED           .00           .00
ASSOCIATED PEDS OF FAX V UNSECURED     NOT FILED           .00           .00
AURORA RADIOLOGY CONSULT UNSECURED     NOT FILED           .00           .00
BRIAN R TONNER DDS       UNSECURED     NOT FILED           .00           .00
CHASE MANHATTAN BANK USA UNSECURED     NOT FILED           .00           .00
CINGULAR WIRELESS        UNSECURED     NOT FILED           .00           .00
COMCAST                  UNSECURED     NOT FILED           .00           .00
COMED                    UNSECURED     NOT FILED           .00           .00
MCI RESIDENTIAL SERVICE< UNSECURED     NOT FILED           .00           .00
NICOR GAS                UNSECURED     NOT FILED           .00           .00
PROVENA HEALTH CTR FOR D UNSECURED     NOT FILED           .00           .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
RUSH COPLEY              UNSECURED     NOT FILED           .00           .00
NCC                      UNSECURED     NOT FILED           .00           .00
TARGET                   UNSECURED     NOT FILED           .00           .00
VALLEY GASTRO SC         UNSECURED     NOT FILED           .00           .00
GUILLERMINA GONZALEZ     CHILD SUPPORT NOT FILED           .00           .00
ASSET ACCEPTANCE CORP    UNSECURED     NOT FILED           .00           .00
ASSET ACCEPTANCE CORP    UNSECURED     NOT FILED           .00           .00
```

```
JEFFERSON CAPITAL SYSTEM UNSECURED       NOT FILED              .00           .00
       Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8612.82           .00       982.76           .00       9595.58
PRINCIPAL PAID       850.35           .00        21.68           .00        872.03
INTEREST PAID           .00           .00          .00           .00            .00
TOTAL PAID           850.35           .00        21.68           .00        872.03
```

The Debtor's attorney, DENNIS G KNIPP                   , was allowed $   3500.00
and was paid $   1500.00  direct and $     723.72  through the plan.

The Trustee received $      98.25 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 19429 MARCO A NIETO